IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES LEE SPEARS, JR.
ADC #122695                                                                                      PLAINTIFF

v.                           Case No. 3:13-cv-00250 KGB/BD

MISSISSIPPI COUNTY DETENTION CENTER, et al.                           DEFENDANTS

## ORDER

The Court has reviewed the proposed findings and partial recommended disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 5). No objections to the recommendation have been filed. The recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Spears's claims against the Mississippi County Detention Center are dismissed, with prejudice. In addition, his claims against Mississippi County are dismissed, as duplicative.

SO ORDERED this 17th day of December, 2013.

_____
Kristine G. Baker
United States District Judge