**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JAMES LEE SPEARS, JR.
ADC #122695**                                                                                            **PLAINTIFF**

**V.                       CASE NO. 3:13-CV-00250 KGB/BD**

**MISSISSIPPI COUNTY DETENTION CENTER, et al.           DEFENDANTS**

**ORDER**

Mr. Spears has moved for a Court order compelling the Defendants to provide more thorough responses to his discovery requests. (Docket entry #29) Defendants have responded to the motion, attaching copies of their discovery responses. (#30) Based on these responses, it appears that the Defendants have complied with the Federal Rules of Civil Procedure in responding to Mr. Spears's discovery requests. Accordingly, the motion to compel (#29) is DENIED.

In addition, counsel for Defendants Cook, Hicks, Hill, and Harville has moved to set aside service of process for Defendants Faulkner and Pope. (#34) According to the motion, these Officers are no longer employed with Mississippi County, and service should not have been accepted for these Defendants. Counsel for Defendants Cook, Hicks, Hill, and Harville previously provided the last-known addresses for Defendants Faulkner and Pope to the Court under seal. (#24)

The motion (#34) is GRANTED. Service for Defendants Faulkner and Pope is set aside, and the Clerk of the Court is directed to modify the docket sheet to reflect this correction.

IT IS SO ORDERED this 24th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE