**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JAMES LEE SPEARS, JR.
ADC #122695**                                                                                             **PLAINTIFF**

**V.**                                    **NO. 3:13CV00250-KGB-BD**

**MISSISSIPPI COUNTY DETENTION CENTER,** *et al.*            **DEFENDANTS**

**ORDER**

Mr. Spears has moved for service of process on Defendants Polk and Faulkner at their last known addresses. (Docket entry #37) He also requests that the United States Marshal Service personally serve each of these Defendants, and that he be provided additional time to serve Defendants Polk and Faulkner. The motion (#37) is GRANTED, in part.

The Clerk of Court is directed to re-issue summonses for Defendants Polk and Faulkner at their last-known addresses, as provided under seal (#24). The United States Marshal is directed to serve these Defendants with a copy of the complaint (#2), along with any attachments, and the summons, without requiring prepayment of fees and costs or the posting of security.

The Court will not require the Marshal Service to personally serve the Defendants; rather, service may be effected through certified mail. For good cause, Mr. Spears is allowed thirty additional days to serve these Defendants.

IT IS SO ORDERED, this 26th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE