**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JAMES LEE SPEARS, JR.,**
**ADC #122695**                                                                                             **PLAINTIFF**

**V.**                           **NO. 3:13CV00250-KGB-BD**

**MISSISSIPPI COUNTY DETENTION CENTER,** *et al.*           **DEFENDANTS**

## ORDER

Mr. Spears has asked the Court to reconsider its decision to deny his previous motion to compel. (Docket entry #41) In the motion to reconsider, Mr. Spears directs the Court's attention to several documents that were not produced by the Defendants in their discovery responses. Mr. Spears's motion (#41) is GRANTED.

First, although the Defendants provided Defendant Hill's "Jail Shift Report" beginning at 6:30 p.m. on December 28, 2011, the incident in question occurred on December 27, 2011. Accordingly, Defendants are instructed to provide the "Jail Shift Report" for Defendant Hill beginning at 6:30 p.m. on December 26, 2011, until 6:30 p.m. on December 27, 2011, within fourteen days.

Second, Defendants provided pages 2, 7, and 5 of the incident report dated September 19, 2013, but they did not provide the complete eight-page report. (#30-1 at pp.49, 53, 54) Accordingly, Defendants also are instructed to provide the complete eight-page incident report for September 19, 2013, within fourteen days.

IT IS SO ORDERED this 3rd day of April, 2014.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE