## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JAMES LEE SPEARS, JR.**
**ADC #122695**                                                                                      **PLAINTIFF**

**V.**                                **NO. 3:13CV00250-KGB-BD**

**MISSISSIPPI COUNTY DETENTION CENTER,** *et al.*                **DEFENDANTS**

### ORDER

Mr. Spears has moved for an order compelling the Defendants to fully respond to his discovery requests. (Docket entry #50) Specifically, Mr. Spears complains that he has not been provided the full incident report for the December 27, 2011 incident; nor has he been allowed to view any video footage of the incident. The Defendants have responded to Mr. Spears motion and have included their discovery responses to the Court. (#51)

Based on the responses, it appears that any video footage of the alleged incident no longer exists. It is unclear, however, whether the eight-page incident report provided to Mr. Spears is the only report that exists addressing the December 27, 2011 incident, or whether additional documents concerning the incident exist. Accordingly, Defendants must provide Mr. Spears copies of all documents and reports concerning the December 27, 2011 incident within fourteen days. Defendants are instructed to file these papers with the Court, if any such documents exist. If no other documents exist, Defendants should notify the Court of that fact within fourteen days.

IT IS SO ORDERED this 24th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE