IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES LEE SPEARS, JR.
ADC #122695                                                                                   PLAINTIFF

V.                                    NO. 3:13CV00250-KGB-BD

DALE COOK, *et al.*                                                                       DEFENDANTS

## ORDER

In this civil rights action, Plaintiff James Lee Spears, Jr. was granted *in forma pauperis* status on November 26, 2013. Defendant Darrell Pope has yet to be served with summons. He is no longer employed by the Mississippi County Detention Center, and service upon him at the Detention Center has been set aside. (Docket entry #36) The Detention Center has provided his last-known address under seal. (#24)

The Clerk of Court is directed to re-issue summons for Defendant Pope at his last-known address, as provided under seal. The United States Marshal is directed to serve the summons, along with a copy of the complaint (#2) and any attachments, without requiring prepayment of fees and costs or the posting of security.

IT IS SO ORDERED, this 28th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE