**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JAMES LEE SPEARS, JR.
ADC #122695**                                                                       **PLAINTIFF**

**V.**                        **NO. 3:13CV00250-KGB-BD**

**MISSISSIPPI COUNTY DETENTION CENTER,** *et al.*          **DEFENDANTS**

## ORDER

On April 16, 2014, Mr. Spears moved for an order compelling the Defendants to fully respond to his discovery requests. (Docket entry #50) Based on Mr. Spears's assertions in that motion, the Court ordered Defendants to provide Mr. Spears copies of all documents and reports concerning the December 27, 2011 incident giving rise to this lawsuit within fourteen days.

Defendants have now responded to the Court's order, stating that they previously provided all papers relating to the December 27, 2011 incident to Mr. Spears. (#56) Based on this response, Mr. Spears's motion to compel (#50) is DENIED.

IT IS SO ORDERED this 6th day of May, 2014.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE