**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JAMES LEE SPEARS, JR.
ADC #122695**                                                                                            **PLAINTIFF**

**V.**                                    **NO. 3:13CV00250-KGB-BD**

**MISSISSIPPI COUNTY DETENTION CENTER,** *et al.*                          **DEFENDANTS**

**ORDER**

Mr. Spears has filed a combined motion to compel, motion for appointed counsel, and motion to reconsider. (Docket entry #74) He first asks the Court to reconsider its protective order limiting the number of requests for admission he may propound. (Docket entry #74). He rightly complains that the order granting the Defendants' motion for protective order was vague.

Within the first 18 days of June, Mr. Spears propounded 677 requests for admission to the Defendants, a number this Court deemed "excessive." The Court ordered Mr. Spears to draft and propound a more "concise set of requests for admission" within 30 days of the Order. Mr. Spears now says that he does not understand how many requests the Court considers "excessive" or how many the Court considers "concise."

The motion (#74) is granted to this extent: Mr. Spears may propound no more than 25 requests for admission to each Defendant. And he must wait for a Defendant's responses to the requests for admission before propounding new requests for admission to that Defendant.

Mr. Spears has also moved to compel the Defendants to respond to his other discovery requests. If the Defendants do not respond to interrogatories and requests for production, Mr. Spears may file a properly supported motion to compel. At this time, however, he has not provided a basis to grant his motion to compel responses. His request for court-appointed counsel is denied, without prejudice, for reasons previously stated.

Mr. Spears's pending motion (#74) is granted, in part, and denied, in part, this 15th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE