**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JAMES LEE SPEARS, JR.
ADC #122695**                                                                                           **PLAINTIFF**

**V.**                       **NO. 3:13CV00250-KGB-BD**

**MISSISSIPPI COUNTY DETENTION CENTER,** *et al.*           **DEFENDANTS**

## ORDER

Mr. Spears has moved to set aside the court order limiting the number of requests for admission that he may propound. (Docket entry #80) Defendants have responded to the motion and have also moved to strike the requests for admissions served on them on July 16, 2014. (#82)

Mr. Spears's motion (#80) is DENIED. The Defendants' motion (#82) is GRANTED. The requests for admissions received by the Defendants on July 16, 2014, need not be answered.

Mr. Spears has also filed a motion in limine asking the Court to prohibit the Defendants from using his criminal background against him at trial. (#81) Mr. Spears has not provided a basis for the Court to grant this motion. Orders limiting the evidence presented to a jury are granted only as to matters that are irrelevant or unfairly prejudicial. It is too early in this lawsuit for the Court to make a determination about the admissibility of evidence. For that reason, the motion is DENIED as premature.

IT IS SO ORDERED, this 28th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE