**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JAMES LEE SPEARS, JR.
ADC #122695**                                                                                          **PLAINTIFF**

**V.**                                **NO. 3:13CV00250-KGB-BD**

**MISSISSIPPI COUNTY DETENTION CENTER,** *et al.*           **DEFENDANTS**

**ORDER**

Mr. Spears has moved for the Court to reconsider its order striking his requests for admissions or, in the alternative, to extend the dispositive motions deadline. (Docket entry #86) He complains that the Mississippi County Defendants have objected to his discovery requests because he directed those requests to the County Defendants as a whole rather than individually. These Defendants are represented by the same law firm, but Mr. Spears must serve discovery requests on each Defendant who is to respond, even if the discovery requests are similar or identical.

The Court will extend the dispositive motions deadline to December 23, 2014, so that the parties have adequate time to complete discovery before dispositive motions are due.

The motion (#86) is DENIED, in part, and GRANTED, in part, this 11th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE