IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES LEE SPEARS, JR.**
**ADC #122695**                                                                                      **PLAINTIFF**

**V.**                          Case No. 3:13-cv-00250 KGB/BD

**MISSISSIPPI COUNTY**
**DETENTION CENTER, et al.**                                                         **DEFENDANTS**

## ORDER

Before the Court is defendants' motion to dismiss due to settlement (Dkt. No. 98).  For good cause shown, the Court grants defendants' motion to dismiss due to settlement and hereby dismisses with prejudice plaintiff James Lee Spears's claims.  The Court will retain jurisdiction over this matter for a period of 30 days to enforce the terms of the settlement agreement.

SO ORDERED this 18th day of December, 2014.

_____
Kristine G. Baker
United States District Judge